RICHARD J. ALEXANDER-79698
LAW OFFICES OF RICHARD J. ALEXANDER
201 West Richmond Avenue, Suite 3
Pt. Richmond, CA  94801
510-232-9100

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### CIVIL DIVISION

| | |
|---|---|
| RICHMOND BAY MARINA, LLC, doing business as MARINA BAY YACHT HARBOR, | Case No.:4:20-cv-2478 KAW |
| | IN ADMIRALTY |
| Plaintiff, | WARRANT FOR ARREST OF VESSEL |
| vs. | |
| THE VESSEL "SQUEEZEBOX", her engines, rigging, sails, boats, tackle, apparel and furniture, No. 1038397, | |
| Defendant. | |

**THE PRESIDENT OF THE UNITED STATES OF AMERICA:**

TO: **THE MARSHAL OF THE UNITED STATES FOR THE NORTHERN DISTRICT OF CALIFORNIA-GREETINGS:**

**WHEREAS** a Complaint to Enforce Maritime Lien has been filed in the United States District Court for the Northern District of California on April 13, 2020, by Richmond Bay Marina, LLC against the vessel "SQUEEZEBOX", Number 1038397, her engines, rigging, sails, boats, tackle, apparel and furniture in a cause of contract, civil

WARRANT FOR ARREST OF VESSEL - 1

and maritime, in which the amount demanded is $3,955.00, plus legal interest and costs of suit, for the reasons and causes in said court demanded, and that all persons interested in said vessel, her rigging, engines, sails, boats, tackle, apparel and furniture, may be cited in general and special to answer the premises, and all proceedings being had that said vessel, her engines, rigging, sails, boats, tackle, apparel and furniture may for the cause of the said complaint mentioned, be condemned and sold to pay the demands of the plaintiff.

**YOU ARE, THEREFORE, HEREBY COMMANDED** to arrest said vessel, her engines, rigging, sails, boats, tackle, apparel and furniture, to evict or put ashore all parties found thereon, and to secure and retain the same in your custody until further order of the court respecting the same.

Upon completion of attachment, make your return thereof, together with this Writ.

Dated: 4/24/2020



*Susan Y. Soong*

**CLERK OF THE COURT**